LILLIAN HADER, Appellant, v. WARREN HADER, Respondent.— Upon the report and finding of the Official Referee to whom the matter was referred

to hear and report (*Hader* v. *Hader*, 8 A D 2d 849), motion to dismiss appeal granted, without costs, and appeal dismissed.  Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.